IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

LATOSHA HUGHES,
    Plaintiff,

v.              10 cv 889

MOUNTAIN RIVER TRUCKING CO.,
    Defendant.

**VERDICT FORM**

1. Has Ms. Hughes proven by a preponderance of the evidence that race was a factor motivating her discharge? _NO_ (Yes or No)

2. If you have answered the above question "Yes", please answer what amount of back pay you find she has proven herself entitled to receive as a result of the discharge.

$ _____

3. If you have answered question number one "Yes", please answer whether Mountain River Trucking has proven by a preponderance of the evidence that it would have terminated Ms. Hughes at the time in question regardless of what her race happened to be. _____ (Yes or No)

This the 25 day of January, 2012

_____
Foreperson