# United States District Court

## MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| LATOSHA HUGHES | JUDGMENT IN A CIVIL CASE |
| V. | CASE NUMBER: 1:10CV889 |
| MOUNTAIN RIVER TRUCKING COMPANY, INC. | |

X **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the plaintiff, Latosha Hughes, have and recover nothing from the defendant, Mountain River Trucking Company, Inc. and that this action be, and the same hereby is **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED AND ADJUDGED** that the prevailing party be awarded costs in accordance with Rule 54(d)(1) of the Federal Rules of Civil Procedure, and therefore that costs be taxed against Plaintiff Latosha Hughes.

This the 7th day of March, 2012

                                                            /s/ N. Carlton Tilley, Jr.
                                                          Senior United States District Judge